UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
July 22, 2022

| | |
|---|---|
| BEVERLY BURTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 4:21-cv-134-TWP-DML |
| ) | |
| MADISON CORRECTIONAL ) | |
| FACILITY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Beverly Burton and Defendant, Madison Correctional Facility, by their respective counsel, respectfully submit their joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and jointly stipulate and agree that this cause of action should be dismissed, with prejudice. Each party is to bear their own costs.

**So Stipulated.**

Date: July 21, 2022                                                      Respectfully submitted,

*/s/ Ryan Sullivan (with permission)*
Andrew Dutkanych, Atty No. 23551-49
Ryan Sullivan, Attorney No. 34217-64
Biesecker Dutkancyh & Macer, LLC
144 North Delaware St.
Indianapolis, IN 46204
Phone: (317) 991-4765
Facsimile: (812) 424-1005
Email: ad@bdlegal.com
rsullivan@bdlegal.com
Attorneys for Plaintiff

*/s/ Gustavo A. Jimenez*
Gustavo A. Jimenez
Deputy Attorney General
Attorney No. 35866-53
OFFICE OF THE ATTORNEY GENERAL
Indiana Gov't Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204
Telephone: (317) 234-2623
Fax: (317) 232-7979
Email: Gustavo.Jimenez@atg.in.gov
*Attorney for Defendant*